IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ELLA J. RHONE, as the wife of Bruce N. Rhone, Sr., deceased;<br><br>Plaintiff,<br><br>vs.<br><br>UNION PACIFIC RAILROAD COMPANY,<br><br>Defendant. | **8:18CV597**<br><br>**ORDER** |

IT IS ORDERED:

1) The defendant's objection, (Filing No. 26), is overruled.

2) Plaintiff's motion, (Filing No. 25), is granted, and the Order from Fort Bend County, Texas appointing Ella J. Rhone as the Independent Administratrix of the Estate of Bruce N. Rhone, Sr., (Filing No. 27, at CM/ECF pp. 3-4), is deemed timely filed.

August 5, 2019.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge