IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ELLA J. RHONE, as the Personal Representative of the estate of Bruce N. Rhone, Sr., Deceased;<br><br>Plaintiff,<br><br>vs.<br><br>UNION PACIFIC RAILROAD COMPANY,<br><br>Defendant. | **8:18CV597**<br><br>**ORDER** |

This matter comes before the Court on the parties' Stipulation for Dismissal (Filing No. 39) of this case with prejudice. The Court being advised in the premises finds that such an Order is proper.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this action be dismissed with prejudice, with each party to pay their own costs.

Dated this 2nd day of April, 2020.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge